UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JAY WINEGARD, on behalf of himself and all
others similarly situated,

                              Plaintiff,        Case No.: 1:21-cv-00659-EK-RLM

v.                                    **STIPULATION OF DISMISSAL**
                                                           **WITH PREJUDICE**

NBCUNIVERSAL MEDIA, LLC,

                              Defendant.
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by the parties to this action, by and through their undersigned counsel, that this is dismissed with prejudice. Each party shall bear its own legal fees and costs.

Dated: Manhasset, New York
        August 2, 2021

OGLETREE, DEAKINS, NASH, SMOAK &         LAW OFFICES OF MITCHELL S. SEGAL, P.C.
STEWART, P.C.

By: _____                           By: _____
Jennifer S Rusie                                            Mitchell S. Segal
*Attorney for Defendant*                             *Attorney for Plaintiff*
401 Commerce Street, Suite 1200              1129 Northern Boulevard, Suite 404
Nashville, TN 37219                                 Manhasset, New York 11030
Ph: (615) 687-2223                                   Ph (516) 415-0100
Fx: (615) 254-1908                                   Fx (516) 706-6631
jennifer.rusie@odnss.com                         msegal@segallegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, I served, via the Court's electronic filing system, a true and correct copy of the foregoing Stipulation of Dismissal upon all parties registered to receive electronic notification.

/s/ Jennifer S. Rusie
Jennifer S. Rusie